IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM RUSSELL WARE,

    Plaintiff,

v.       CIVIL ACTION NO.: CV612-056

BRIAN OWENS, Commissioner;
STANLEY WILLIAMS; EYVETTE
COOK; and CO II MS. MARTIN,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Eyvette Cook, Commissioner Brian Owens, and CO II Martin are **DISMISSED**. Additionally, Plaintiff's claim against Warden Stanley Williams that Williams violated his constitutional rights by not responding to Plaintiff's letters is **DISMISSED**.

**SO ORDERED**, this 1st day of November, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)