FILED
U.S. DISTRICT COURT
SAVA_____ DIV.

2012 DEC 14  AM 8: 39

CLERK_____
SO. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

WILLIAM RUSSELL WARE,                        :

        Plaintiff,                          :

v.                                           :      CIVIL ACTION NO.: CV612-056

STANLEY WILLIAMS,                            :

        Defendant.                          :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Amended Complaint (Doc. No. 16) is **DISMISSED**.

**SO ORDERED**, this ___/3___ day of ___Dec_____, 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)