AO 72A
(Rev. 8/82)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 14 AM 8:39

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM RUSSELL WARE,

    Plaintiff,

v.

STANLEY WILLIAMS,

    Defendant.

CIVIL ACTION NO.: CV612-056

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Amended Complaint (Doc. No. 16) is **DISMISSED**.

**SO ORDERED**, this 13 day of Dec , 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA