UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIAM RUSSELL WARE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> )    6:12-cv-56 <br> STANLEY WILLIAMS, Warden, ) <br> ) <br> Defendant. ) <br> ) <br> ) | |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

This 11 day of February, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA