**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

WILLIAM RUSSELL WARE,                )
                                                            )
            Plaintiff,                              )
                                                            )
v.                                                       )
                                                            )            **6:12-cv-56**
STANLEY WILLIAMS, Warden,       )
                                                            )
            Defendant.                           )
                                                            )
                                                            )

**ORDER**

After a careful *de novo* review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation, to which objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is ***ADOPTED*** as the

opinion of the Court.

This // day of February, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA